# Exhibit A



## Names

| Name Type | Name |
|---|---|
| Conviction | SPURLOCK, JAMES ALLEN |
| True | SPURLOCK, JAMES ALLEN |
| Alias | JIMBO, |

## Identification

| KDOC # | SID Num | FBI Num |
|---|---|---|
| 0114673 | 1056790 | |

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | | 46 |

(/kasper/search/image?kdocNumber=0114673&imageNumber=1)
**SPURLOCK, JAMES ALLEN**
Approx Picture Date
2017-08-30

(/kasper/search/image?kdocNumber=0114673&imageNumber=2)
**SPURLOCK, JAMES ALLEN**
Approx Picture Date
2017-08-30

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Blue | Brown | 6'-0" | 182 | Male | White |

## Current Status reported by Dept. of Corrections

Work or Program Participation Working in a job

Earliest Possible Release Date (1) Jan 21, 2025

Current Status Incarcerated

Admission Date Oct 25, 2016

Current Location (2)   **El Dorado CF-Central** (http://www.doc.ks.gov/facilities/edcf)

Custody Level Special Management

**(1) This date could be affected by a parole board decision or good time and/or program credit.**

**(2) Click on Location for the Facility web site.**

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Johnson | 12CR2719 | Dec 06, 2013 | Sep 29, 2016 | Solicited | Murder in the First Degree | 1 | Non Drug-Grid Severity Level 3 | Active | KS |
| Johnson | 12CR2719 | Dec 25, 2012 | Sep 29, 2016 | N/A | Aggravated Burglary | 1 | Non Drug-Grid Severity Level 5 | Active | KS |

A-001

(I) If Number includes JV : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.
(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| El Dorado CF-Central | Aug 17, 2020 | Inter-Facility Movement |
| Lansing CF-Central | Aug 07, 2020 | Inter-Facility Movement |
| El Dorado CF-Central | Apr 03, 2019 | Inter-Facility Movement |
| Hutchinson CF-Central | Aug 28, 2018 | Inter-Facility Movement |
| Larned Correctional Mental Health Facility | Jul 02, 2018 | Returned From Court Appearance |
| Johnson County | Jun 22, 2018 | Released For Court Appearance |
| Larned Correctional Mental Health Facility | May 16, 2018 | Inter-Facility Movement |
| Lansing CF-Central | Aug 29, 2017 | Inter-Facility Movement |
| Ellsworth CF | Nov 21, 2016 | Inter-Facility Movement |
| El Dorado CF-RDU | Nov 04, 2016 | Inter-Facility Movement |
| El Dorado CF-Central | Nov 03, 2016 | Inter-Facility Movement |
| El Dorado CF-RDU | Oct 25, 2016 | New Court Commitment |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Jun 25, 2020 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| Apr 14, 2020 | 2 | El Dorado Correctional Fac. - Central | Insub/Disrespect Officer/Other |
| Feb 12, 2020 | 2 | El Dorado Correctional Fac. - Central | Lying |
| Jan 14, 2020 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Dec 30, 2019 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Dec 02, 2019 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Dec 02, 2019 | 1 | El Dorado Correctional Fac. - Central | Incitement to Riot |
| Dec 02, 2019 | 3 | El Dorado Correctional Fac. - Central | Noise |
| Oct 28, 2019 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Oct 28, 2019 | 3 | El Dorado Correctional Fac. - Central | Noise |
| Aug 04, 2019 | 2 | El Dorado Correctional Fac. - Central | Misuse of State Property |
| Aug 04, 2019 | 2 | El Dorado Correctional Fac. - Central | Less Dangerous Contraband |
| May 08, 2019 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| May 08, 2019 | 1 | El Dorado Correctional Fac. - Central | Interf W/Cell Oper/Visibility |
| May 05, 2019 | 1 | El Dorado Correctional Fac. - Central | Theft |
| May 05, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| May 05, 2019 | 2 | El Dorado Correctional Fac. - Central | Sex Explicit Mtrl, n/SexOfndr |
| Nov 11, 2018 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Nov 11, 2018 | 1 | Hutchinson Correctional Fac. - Central | Dangerous Contraband |
| Sep 15, 2018 | 1 | Hutchinson Correctional Fac. - Central | Theft |
| Nov 30, 2017 | 3 | Lansing Correctional Facility - Central | Restr Area and Unauth Presence |

A-002

| Date | Class | Location | Type of report |
|---|---|---|---|
| Nov 28, 2017 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Oct 17, 2017 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Jan 31, 2017 | 3 | Ellsworth Correctional Facility | Restr Area and Unauth Presence |

A-003