IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES ALLEN SPURLOCK | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 5:20-cv-3121-JWB-KGG<br>) |
| RICHARD ENGLISH and<br>SAM CLINE | )<br>)<br>) |
| Defendants. | )<br>) |

## **MEMORANDUM AND ORDER APPOINTING COUNSEL**

The Court previously reviewed and granted Plaintiff's motion for reconsideration (ECF No. 54) concerning an order denying the appointment of counsel (ECF No. 46). In the order granting Plaintiff's motion for reconsideration, the Court ordered that counsel be appointed and that the case be stayed pending the appointment of counsel. In conjunction with that prior Order and pursuant to 28 U.S.C. 1915(e)(1), the following attorney is appointed to represent Plaintiff:

Larry Michel
Kennedy Berkley
119 W. Iron Ave., 7th Floor
Salina, KS 67401
(785) 825-4674

The Court thanks counsel and asks that he enter his appearance. Counsel is directed to D. Kan. Rule 83.5.3.1 regarding reimbursement of out-of-pocket expenses.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas, on this 16th day of March 2022.

/s Kenneth G. Gale
Kenneth G. Gale
United States Magistrate Judge

1