**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JAMES ALLEN SPURLOCK,

        Plaintiff,

v.

        Case No. 20-3121-JWB-KGG

RICHARD ENGLISH, et al.,

        Defendants.

## <u>JOINT STIPULATION OF DISMISSAL</u>

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties seek to dismiss this case with prejudice. Rule 41(a)(1)(A)(ii) provides that a case may be dismissed without court order if all parties sign the stipulation of dismissal. The parties have settled this matter and now all stipulate and agree that the case should be dismissed with prejudice.

      Wherefore, the parties request that the court dismiss this case with prejudice.

Respectfully prepared and submitted this 12th day of December, 2022:


STEVENS & BRAND, L.L.P.

By:  */s/ Whitney L. Casement*
Whitney L. Casement, #25466
Kate M. Simpson, #26453
4848 SW 21st St Ste. 201
Topeka, KS 66604
(785) 437-2288 - phone
(785) 408-8003 - fax
WCasement@StevensBrand.com
*Counsel for Defendants*
*Richard English and Sam Cline*


1

Approved and submitted by:

/s/ *Larry G. Michel*
Larry G. Michel, #14067
Kennedy Berkley
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
T: (785) 825-4674
F: (785) 825-5936
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF e-filing system, which will send notice of filing to all participants receiving notices.

*/s/ Whitney L. Casement*
Whitney L. Casement