KENNEDY BERKLEY
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JAMES ALLEN SPURLOCK** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Case No. 20-3121-JWB-KGG |
| ) | |
| **RICHARD ENGLISH, Unit Team,** ) | |
| **El Dorado Correctional Facility, in his** ) | |
| **individual capacity, and SAM CLINE,** ) | |
| **Warden, El Dorado Correctional Facility,** ) | |
| **in his individual capacity** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

## MOTION TO WITHDRAW

Larry G. Michel of Kennedy Berkley hereby moves the Court Pursuant to D.Kan.Rule 83.5.5(a) for an Order allowing him to withdraw as counsel of record for the Plaintiff in the above case. In support of his Motion to Withdraw, Counsel states and allege as follows:

1. He was appointed as counsel for the Plaintiff and the Court has now entered a Final Judgment concluding the case. Accordingly, his services are no longer needed by the Plaintiff.

2. The case was amicably resolved so there are no remaining deadlines for which Plaintiff needs to be notified.

3. Plaintiff's current mailing address is as follows:

      James Spurlock, ID#114673
      c/o El Dorado Correctional Facility
      1737 US-54
      El Dorado, KS 67042

WHEREFORE, Counsel respectfully requests that the Court enter an Order allowing them to withdraw as Attorneys of Record for the Plaintiff.

      Respectfully submitted,

      KENNEDY BERKLEY

      /s/ Larry G Michel, #14067
      lmichel@kenberk.com
      119 W. Iron Ave., 7th Floor
      P.O. Box 2567
      Salina, KS 67402-2567
      (785) 825-4674
      ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing Motion to Withdraw with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to the following:

      Whitney L. Casement
      Stevens & Brand, LLP
      4848 SW 21st Street, Suite 201
      Topeka, KS 66604
      wcasement@stevensbrand.com

a copy of the Motion to Withdraw has been served on Plaintiff by certified mail to:

      James Spurlock, ID#114673
      c/o El Dorado Correctional Facility
      1737 US-54
      El Dorado, KS 67042

on this 3rd day of January 2023.

      /s/ Larry G. Michel #14067